# 08-13-15 granted w/order

Return to : Choose an item.

| | |
|---|---|
| Cause Number: **13-14-634-CR** | Appeal Type: Choose an item. |
| Date: **8/11/2015** | Assigned to Judge: Choose an item. |
| Motion #: **4** | Panel: _____ |
| Motion is: **Unopposed** | |
| Party: **Appellant** | |

☐ Motion for Rehearing

☐ Motion for Rehearing En Banc Reconsideration

☐ MFL to file brief
    Brief Received: Click here to enter a date.
    Brief Due: Click here to enter a date.

☒ MET to file brief – **Request # 4**

Due: **8/11/2015**

Until: **8/31/2015**

Record filed: **3/2/2015**

Previous extensions granted: **3**
For a total of **132** days

☐ MFL to file MFR

☐ Motion to Dismiss Appeal

☐ Other: _____

---

Recommendation: _____

GRANT WITH ORDER. CFe

☐ 1st MET and does not require circulation

---

Judge's Recommendation and Approvals:

_(handwritten signature)_

*approved per curiam*



# NUMBER 13-14-00634-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

FRANCISCO CAZARES,                                                    Appellant,

v.

THE STATE OF TEXAS,                                                   Appellee.

On appeal from the 92nd District Court
of Hidalgo County, Texas.

## ORDER TO FILE APPELLATE BRIEF

### Before Justices Rodriguez, Garza, and Longoria
### Order Per Curiam

This cause is before the Court on appellant's fourth motion for extension of time to file the brief. Appellant's brief was originally due to be filed on April 1, 2015, and this Court has previously granted appellant three extensions for the filing of appellant's brief in this cause. Appellant has now requested an additional twenty days to file the brief,

which would make the brief due on August 31, 2015.

The Court, having fully examined and considered appellant's fourth motion for extension of time to file the brief and the extensions previously granted in this cause, is of the opinion that, in the interest of justice, appellant's fourth motion for extension of time to file the brief should be granted with order. The Court, however, looks with disfavor upon the delay caused by counsel's failure to have filed a brief in this matter. Appellant's fourth motion for extension of time to file the brief is GRANTED, and the Honorable Rolando Garza, counsel for appellant, is ORDERED to file the appellate brief with this Court on or before August 31, 2015. NO FURTHER EXTENSIONS WILL BE GRANTED IN THIS MATTER. If counsel fails to file the brief within the specified period of time, the Court will act appropriately to ensure that appellant's rights are protected. TEX. R. APP. P. 38.8(b)(4).

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
    day of    , 2015.

2

ACCEPTED
13-14-00634-cr
THIRTEENTH COURT OF APPEALS
CORPUS CHRISTI, TEXAS
8/11/2015 11:17:59 AM
CECILE FOY GSANGER
CLERK

CAUSE NO. 13-14-00634-CR

IN THE
COURT OF APPEALS FOR THE
THIRTEENTH DISTRICT
AT CORPUS CHRISTI, TEXAS

FILED IN
13th COURT OF APPEALS
CORPUS CHRISTI/EDINBURG, TEXAS
8/11/2015 11:17:59 AM
CECILE FOY GSANGER
Clerk

FRANCISCO CAZARES                                    APPELLANT

VS.

THE STATE OF TEXAS                                   APPELLEE

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

Comes now Appellant, by and through undersigned counsel, and files this motion for an extension of twenty (20) days to file Appellant's Brief, and for cause would show as follows:

1.      Appellant was charged with and found guilty of murder. He was sentenced to 50 years in the Texas Department of Corrections by the 92nd District Court.

2.      Appellant filed a timely notice of appeal.

3.      Appellant's Brief is due today on August 11, 2015.

4.      An extension of twenty days (20) days, until August 31, 2015 is sought. Appellant offers the following activities to reasonably explain the need for this extension of time to file his brief:

    a.      in the present case, two volumes of reporters record, the
            punishment phase and the hearing on the motion for new
            trial have now been filed; reading the entire record;
            working on three issues for review

b.     finalizing and filing a reply brief in a cause styled U.S.A. v. Omar Rojas;

c.     considering filing a 2255 motion in a federal cause styled U.S.A. v. Robert Maldonado;

d.     having a trial in a cause styled In the Interest of M.V.;

e.     preparing for trial in a causes styled the State of Texas v. Eduardo Margo, the State of Texas v. Monica Salinas, the Sate of Texas v. Rosario Cruz, and the State of Texas v. Guadalupe Galvan;

f.     preparing for and attending abatement hearing from a murder appeal in a cause before this court styled State of Texas v. Raul Lara;

g.     preparing and filing for two level reductions in federal sentencing matters pursuant to amended federal sentencing guidelines for former clients;

h.     conferring with clients on various civil and criminal matters;

i.     making various court appearances in child welfare and state and federal criminal law matters;

j.     finalizing and filing a brief in this cause before theis court styled The State of Texas v. Ofelia Larios;

k.     preparing for suppression hearings in causes styled the State of Texas v. Rumualdo Guevara and the State of Texas v. Michael Montoya

5.    The State is not opposed to this motion.

6.    This motion is requested not for the purpose of delay, but so that justice may be done.

Wherefore, premises considered, Appellant respectfully requests that this Court grant an extension of twenty (20) days, until August 31, 2015 for the filing of Appellant's brief.

Respectfully submitted:

Rolando Garza
310 West University
Edinburg, TX 78539
Bus: (956) 318-1102
Fax: (956) 381-5005
SBN: 24004665

## VERIFICATION

BEFORE ME, the undersigned authority, on this day personally appeared Rolando Garza, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing motion and swear that all of the allegations of fact contained therein are true and correct."

Rolando Garza

**SUBSCRIBED AND SWORN TO BEFORE ME** on _August 11, 2015_ to certify which witness my hand and seal of office.

Notary Public, State of Texas

ERIC MORENO
My Commission Expires
October 25, 2018

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion has been mailed or hand delivered to Ted Hake, opposing counsel, at the Hidalgo County District Attorney's Office, Hidalgo County Court House, 100 N. Closner, Edinburg, Texas, on _9-11-15_ .

Rolando Garza